CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant
EMIRATES SHIPPING LINE FZE
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:     516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AL FATAH INTERNATIONAL NAVIGATION        :
COMPANY LIMITED                          :
                                         :
            Plaintiff,                   :      09 CV 4856 (DC)
                                         :
        - against -                      :      ECF Case
                                         :
SHIVSU CANADIAN CLEAR WATERS             :      **NOTICE OF RESTRICTED**
TECHNOLOGY (P) LTD.,                     :      **APPEARANCE PURSUANT**
NEPTUNE CONTAINER LOGISTICS PVT LTD.,    :      **TO FED. R. CIV. P.**
VIKING SHIPPING (CHENNAI) PVT LTD.,      :      **E(8) OF THE**
EMIRATES SHIPPING LINE FZE,              :      **SUPPLEMENTAL**
CARAVEL SHIPPING SERVICES PVT. LTD.,     :      **RULES FOR**
PRIDE SHIPPING COMPANY,                  :      **ADMIRALTY OR**
INTER CONTAINER CARGO LINE (COLOMBO),    :      **MARITIME CLAIMS**
CONTI HOLDING GmbH & CO KG,              :
SCHULTER KARL GmbH & CO KG,              :
                                         :
            Defendants.                  :
                                         :
------------------------------------------------------------x

    PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by the Defendant, EMIRATES SHIPPING LINE FZE, to represent said Defendant in the above-entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

PLEASE TAKE FURTHER NOTICE, that Defendant EMIRATES SHIPPING LINE FZE, by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters a restricted appearance on behalf of said Defendant pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty or Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff AL FATAH INTERNATIONAL NAVIGATION COMPANY LIMITED with respect to money, funds and EFT payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter and any other or supplemental garnishees who may restrain the property of Defendant EMIRATES SHIPPING LINE FZE and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
       June 3, 2009

                                      CHALOS O'CONNOR & DUFFY, LLP
                                      Attorneys for Defendant
                                      EMIRATES SHIPPING LINE FZE

By: _____
     George E. Murray (GM-4172)
     Owen F. Duffy (OD-3144)
     366 Main Street
     Port Washington, New York
     11050
     Tel:    516-767-3600
     Telefax: 516-767-3605
     Email: ofd@codus-law.com

To:    Via ECF
       Clerk of the Court
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, New York
       10007

To:    <u>Via ECF</u>
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004
Fax:   (212) 480-8421

Attn:   Bruce G. Paulsen, Esq.