UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AL FATAH INTERNATIONAL NAVIGATION
COMPANY LIMITED

                Plaintiff,

    - against -

SHIVSU CANADIAN CLEAR WATERS
TECHNOLOGY PRIVATE LTD.,
NEPTUNE CONTAINER LOGISTICS PVT LTD.,
VIKING SHIPPING (CHENNAI) PVT LTD.,
EMIRATES SHIPPING LINE FZE,
CARAVEL SHIPPING SERVICES PVT. LTD.,
PRIDE SHIPPING COMPANY,
INTER CONTAINER CARGO LINE (COLOMBO),
CONTI HOLDING GmbH & CO KG,
SCHULTER KARL GmbH & CO KG,

                Defendants.
-----------------------------------------------------------------x

09 CV 4856

NOTICE OF RESTRICTED
APPEARANCE PURSUANT
TO FED. R. CIV. P. E(8) OF
THE SUPPLEMENTAL
RULES FOR ADMIRALTY
OR MARITIME CLAIMS

Hon. Denny Chin

PLEASE TAKE NOTICE, that Claugus & Mitchell LLP has been retained by Defendant Shivsu Canadian Clear Waters Technology Private Ltd. ("Shivsu") to represent it in the above captioned matter. Claugus & Mitchell LLP hereby demands that copies of all proceedings in this action be served upon Claugus & Mitchell LLP.

PLEASE TAKE FURTHER NOTICE, that Defendant Shivsu, by its attorneys, Claugus & Mitchell LLP, hereby enters a restricted appearance on behalf of Shivsu, pursuant to Rule E(8) of the Fed. R. Civ. P. Supplementary Rules for Admiralty or Maritime Claims, solely to defend against the alleged admiralty and maritime claims asserted by Plaintiff Al Fatah International Navigation Company Limited with respect to the Process of Maritime Attachment and Garnishment issued in this matter and any other or supplemental garnishee who may restrain

the property of Shivsu and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: New York, New York
   July 16, 2009

           Respectfully submitted,

           **CLAUGUS & MITCHELL LLP**
           Attorneys for Defendant
           Shivsu Canadian Clear Waters Technology Private. Ltd.

           _/s/ Clyde Mitchell_
  By: Clyde Mitchell, Esq. (CM-2916)
     Gilbert de Dios, Esq. (GD-5210)
     110 Wall Street, Suite 2700
     New York, New York 10005
     (212) 425-2200 ext. 12