9395/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL FATAH INTERNATIONAL NAVIGATION COMPANY LIMITED<br><br>                           Plaintiff,<br>-vs-<br><br>SHIVSU CANADIAN CLEAR WATERS TECHNOLOGY (P) LTD., et al.<br><br>                           Defendants | 09 Civ. 4856 (DC)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

    Please enter my appearance as counsel for defendant Conti Holding GmbH & Co. Kg. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
       September 16, 2009

                          Respectfully submitted,
                          CICHANOWICZ, CALLAN, KEANE,
                          VENGROW & TEXTOR, LLP
                          Attorneys for Defendant

                          By: <u>s/ Randolph H. Donatelli</u>
                               Randolph H. Donatelli
                          61 Broadway, Suite 3000
                          New York, New York 10006
                          (212) 344-7042

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On September 16, 2009, I served a complete copy of Defendant Conti Holding GmbH & Co. Notice of Appearance by regular U.S. mail and by ECF, to the following attorneys at their ECF registered address and at the following address:

To:  Seward & Kissel LLP
     One Battery Park Plaza
     New York, NY 10004
     (212) 574-1200

     Claugus & Mitchell
     110 Wall Street, Suite 2700
     New York, NY 10005
     (212)-425-2200

     Chalos, O'Connor & Duffy, LLP
     366 Main Street
     Port Washington, NY 11050-3120
     (516) 767 3600

*Jennifer Scianna*
Jennifer Scianna

DATED:    September 16, 2009
          New York, New York