USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
AL FATAH INTERNATIONAL NAVIGATION   :
COMPANY LIMITED,                    :
                                    :
                    Plaintiff,      :   **ORDER**
                                    :
        - against -                 :   09 Civ. 4856 (DC)
                                    :
SHIVSU CANADIAN CLEAR WATERS        :
TECHNOLOGY (P) LTD. et al.,         :
                                    :
                    Defendants.     :
                                    :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        The Court's May 22, 2009 order of attachment remains in effect as to all defendants, as funds of one of the defendants were seized within sixty days of the order.

        SO ORDERED.

Dated:   New York, New York
         September 18, 2009

                                              DENNY CHIN
                                              United States District Judge